**Dwayne MOORE, Plaintiff–Appellant,**

v.

**DEPARTMENT OF CORRECTIONS; D. Still, Sergeant; Correctional Officer Shuler, Security; Correctional Officer Gilly, Security, Defendants–Appellees.**

No. 03–6311.

United States Court of Appeals, Fourth Circuit.

Submitted April 24, 2003.

Decided May 5, 2003.

Dwayne Moore, Appellant Pro Se.

Before NIEMEYER, GREGORY and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Dwayne Moore appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint, his motion to reconsider that order, and the denial of his motion for summary judgment which was filed after the case was closed. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Moore v. Dep't of Corr.*, No. CA–03–68–7 (W.D.Va. Jan. 29, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court

and argument would not aid the decisional process.

*AFFIRMED.*